THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorney for Defendant
Danielle K. Pieper Individually
and in her Official Capacity

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARLOS MONTOYA, individually, and as Administrator of THE ESTATE OF ERIC MONTOYA; MARIA LANDEROS, individually, and as natural mother and legal guardian of MARCOS MONTOYA, a minor, and ERIC MONTOYA JUNIOR, a minor, and ANTHONY MONTOYA, a minor,

    Plaintiff,

vs.

RICHARD SMITH, Special Agent – Federal Bureau of Investigation, in his individual capacity, MARTY LNU, Special Agent – Federal Bureau of Investigation, in his individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a political subdivision of the State of Nevada; DOUGLAS GILLESPIE, Sheriff – LVMPD individually ans in in his official capacity as Sheriff of LVMPD; DAVID SAZER, Detective – LVMPD, in his individual and official capacities; MICHAEL TWOMEY, Detective – LVMPD, in his individual and official capacities, DANIELLE K. PIEPER, Clark County Chief Deputy District Attorney, in her individual and official capacities; RAUL GONZALES, in his individual capacity; DOES 1 through 20,

    Defendants.

CASE NO. 2:16cv0032-JAD-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**
(First Request)

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for Defendant DANIELLE K. PIEPER to file her Reply in support of her Motion to Dismiss in this matter be extended one week. This extension is necessary as Defendant's counsel has multiple dispositive motion related briefs in other cases warranting a brief one week extension.

DATED this 29th day of March, 2016.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI<br><br>/s/ *Thomas D. Dillard*<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant<br>Danielle K. Pieper Individually<br>and in her Official Capacity | /s/ Casey A. Landis<br>CASEY A. LANDIS, ESQ.<br>200 Hoover Ave., Ste. 1509<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiffs |
|---|---|

## ORDER

IT IS SO ORDERED.

DATED this 29th day of March, 2016.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE DORSEY