1  CASEY A. LANDIS, ESQ.
   Nevada Bar No. 9424
2  200 Hoover Avenue
   Suite 1509
3  Las Vegas, Nevada  89101
   Telephone:  702.487.3650
4  Facsimile:   702.664.2632
   clandis@lvjusticeadvocates.com
5  *Attorney for Plaintiffs*

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  CARLOS MONTOYA, individually, and as
   Administrator of THE ESTATE OF ERIC
9  MONTOYA; MARIA LANDEROS, individually,    CASE NO.: 2:16-cv-00032-JAD-VCF
   and as natural mother and legal guardian of
10 MARCOS MONTOYA, a minor, and ERIC
   MONTOYA JUNIOR, a minor, and ANTHONY
11 MONTOYA, a minor,
                                              **STIPULATION AND ORDER TO EXTEND**
12              Plaintiffs,                               **(First Request)**

13 v.

14 RICHARD SMITH, Special Agent – Federal
   Bureau of Investigation, in his individual capacity,
15 MARTY LNU, Special Agent – Federal Bureau of
   Investigation, in his individual capacity; LAS
16 VEGAS METROPOLITAN POLICE
   DEPARTMENT (LVMPD), a political subdivision
17 of the State of Nevada; DOUGLAS GILLESPIE,
   Sheriff – LVMPD, individually and in his official
18 capacity as Sheriff of LVMPD; DAVID SAZER,
   Detective – LVMPD,  in his individual and official
19 capacities; MICHAEL TWOMEY, Detective –
   LVMPD, in his individual and official capacities;
20 DANIELLE K. PIEPER, Clark County Chief
   Deputy District Attorney, in her individual and
21 official capacities; RAUL GONZALES, in his
   individual capacity; DOES 1 through 20,
22
                Defendants.
23

24

25

26

27

28

                                   1

1    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for the Plaintiffs to file an Opposition to the Motion to Dismiss filed by Defendants Richard Smith, David Sazer, and Michael Twomey be extended by twenty (20) days. Presently, Plaintiffs' Opposition to said Motion to Dismiss is due on April 30, 2016. The parties stipulate to, and request, an extended deadline of May 20, 2016. This extension is warranted because Plaintiffs' counsel has multiple dispositive motion briefs due and discovery deadlines in other cases in the month of April, 2016. As this extension would result in a deadline of May 30, 2016 for the reply of Smith, Sazer and Twomey, and as their undersigned counsel has other briefs due on or around that date, the parties further stipulate to extend such reply deadline to June 3, 2016.

DATED this 28th day of April, 2016.

By: /s/ Casey A. Landis
CASEY A. LANDIS, ESQ.
Nevada Bar No. 9424
200 Hoover Ave. Ste. 1509
Las Vegas, Nevada 89101
Ph: 702.487.3650
Fax: 702.664.2632
Attorney for Plaintiffs

By: /s/ Patrick A. Rose
PATRICK A. ROSE, ESQ.
Nevada Bar No. 6882
U.S. Attorney's Office, Nevada
333 Las Vegas Blvd. S., Ste. 5000
Las Vegas, Nevada 89101
P: 702.388.6297
F: 702.388.6787
Patrick.Rose@usdoj.gov
Attorney for Defendants Smith, Sazer, and Twomey

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE UNITED STATES DISTRICT COURT JUDGE JENNIFER A. DORSEY

DATED: April 28, 2016