1   CASEY A. LANDIS, ESQ.
    Nevada Bar No. 9424
2   200 Hoover Avenue
    Suite 1509
3   Las Vegas, Nevada  89101
    Telephone:  702.487.3650
4   Facsimile:  702.664.2632
    clandis@lvjusticeadvocates.com
5   *Attorney for Plaintiffs*

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8   CARLOS MONTOYA, individually, and as
    Administrator of THE ESTATE OF ERIC
9   MONTOYA; MARIA LANDEROS, individually,          CASE NO.: 2:16-cv-00032-JAD-VCF
    and as natural mother and legal guardian of
10  MARCOS MONTOYA, a minor, and ERIC
    MONTOYA JUNIOR, a minor, and ANTHONY
11  MONTOYA, a minor,
                                                    **STIPULATION AND ORDER TO EXTEND**
12              Plaintiffs,                          **TIME TO FILE OPPOSITION TO**
                                                    **DEFENDANTS' MOTION TO DISMISS**
13  v.                                                     **(First Request)**

14  RICHARD SMITH, Special Agent – Federal
    Bureau of Investigation, in his individual capacity,
15  MARTY LNU, Special Agent – Federal Bureau of
    Investigation, in his individual capacity; LAS
16  VEGAS METROPOLITAN POLICE
    DEPARTMENT (LVMPD), a political subdivision
17  of the State of Nevada; DOUGLAS GILLESPIE,
    Sheriff – LVMPD, individually and in his official
18  capacity as Sheriff of LVMPD; DAVID SAZER,
    Detective – LVMPD,  in his individual and official
19  capacities; MICHAEL TWOMEY, Detective –
    LVMPD, in his individual and official capacities;
20  DANIELLE K. PIEPER, Clark County Chief
    Deputy District Attorney, in her individual and
21  official capacities; RAUL GONZALES, in his
    individual capacity; DOES 1 through 20,
22
                Defendants.
23

24

25

26

27

28

                              1

1    IT IS HEREBY STIPULATED by and between the parties, through their respective

2  counsel, that the deadline for the Plaintiffs to file an Opposition to the Motion to Dismiss filed

3  by Defendants Las Vegas Metropolitan Police Department and Douglas Gillespie be extended

4  by twenty (20) days.  Presently, Plaintiffs' Opposition to said Motion to Dismiss is due on April

5  30, 2016.  The parties stipulate to, and request, an extended deadline of May 20, 2016.  This

6  extension is warranted because Plaintiffs' counsel has multiple dispositive motion briefs due and

7  discovery deadlines in other cases in the month of April, 2016.

8

9    DATED this 28th day of April, 2016.

10

11  By:____/s/ Casey A. Landis_____          By:____/s/ Craig R. Anderson_____
     CASEY A. LANDIS, ESQ.                    CRAIG R. ANDERSON, ESQ.

12   Nevada Bar No. 9424                       Nevada Bar No. 6882
     200 Hoover Ave. Ste. 1509                MARQUIS AURBACH COFFING

13   Las Vegas, Nevada  89101                 10001 Park Run Drive
     Ph:  702.487.3650                        Las Vegas, Nevada 89145

14   Fax: 702.664.2632                        P: 702.942.2136
     Attorney for Plaintiffs                  F: 702.856.8970

15                                            canderson@maclaw.com
                                              Attorney for Defendant LVMPD and

16                                            Gillespie

17

18                                **ORDER**

19    IT IS SO ORDERED.

20    Dated: April 29, 2016

21

22

23

24   _____
     THE HONORABLE UNITED STATES DISTRICT

25   COURT JUDGE JENNIFER A. DORSEY

26

27

28

                                2