1  CASEY A. LANDIS, ESQ.
   Nevada Bar No. 9424
2  200 Hoover Avenue
   Suite 1509
3  Las Vegas, Nevada  89101
   Telephone:  702.487.3650
4  Facsimile:   702.664.2632
   clandis@lvjusticeadvocates.com
5  *Attorney for Plaintiffs*

6              **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8  CARLOS MONTOYA, individually, and as
   Administrator of THE ESTATE OF ERIC
9  MONTOYA; MARIA LANDEROS, individually,         CASE NO.: 2:16-cv-00032-JAD-VCF
   and as natural mother and legal guardian of
10 MARCOS MONTOYA, a minor, and ERIC
   MONTOYA JUNIOR, a minor, and ANTHONY
11 MONTOYA, a minor,
                                                  **STIPULATION AND ORDER TO EXTEND**
12           Plaintiffs,                          **TIME TO FILE OPPOSITION TO**
                                                  **DEFENDANTS' MOTION TO DISMISS**
13 v.                                             **(Second Request)**

14 RICHARD SMITH, Special Agent – Federal
   Bureau of Investigation, in his individual capacity,
15 MARTY LNU, Special Agent – Federal Bureau of    [ECF No. 35]
   Investigation, in his individual capacity; LAS
16 VEGAS METROPOLITAN POLICE
   DEPARTMENT (LVMPD), a political subdivision
17 of the State of Nevada; DOUGLAS GILLESPIE,
   Sheriff – LVMPD, individually and in his official
18 capacity as Sheriff of LVMPD; DAVID SAZER,
   Detective – LVMPD,  in his individual and official
19 capacities; MICHAEL TWOMEY, Detective –
   LVMPD, in his individual and official capacities;
20 DANIELLE K. PIEPER, Clark County Chief
   Deputy District Attorney, in her individual and
21 official capacities; RAUL GONZALES, in his
   individual capacity; DOES 1 through 20,
22
             Defendants.
23

24

25

26

27

28

                                    1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for the Plaintiffs to file an Opposition to the Motion to Dismiss filed by Defendants Las Vegas Metropolitan Police Department and Douglas Gillespie be extended by one (1) judicial day.  Presently, Plaintiffs' Opposition to said Motion to Dismiss is due on May 20, 2016.  The parties stipulate to, and request, an extended deadline of May 23, 2016.  This extension is warranted because Plaintiffs' counsel has another Motion to Dismiss Opposition filed by other Defendants due on May 20, 2016, which is consuming more time than Plaintiffs' counsel anticipated.

DATED this 19th day of May, 2016.

By: /s/ Casey A. Landis
CASEY A. LANDIS, ESQ.
Nevada Bar No. 9424
200 Hoover Ave. Ste. 1509
Las Vegas, Nevada  89101
Ph:  702.487.3650
Fax: 702.664.2632
Attorney for Plaintiffs

By: /s/ Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
P: 702.942.2136
F: 702.856.8970
canderson@maclaw.com
Attorney for Defendant LVMPD and Gillespie

**ORDER**

IT IS SO ORDERED nunc pro tunc.

_____
Jennifer A. Dorsey
United States District Judge

DATED: May 23, 2016