| | |
|---|---|
| CASEY A. LANDIS, ESQ.<br>Nevada Bar No. 9424<br>200 Hoover Avenue<br>Suite 1509<br>Las Vegas, Nevada 89101<br>Telephone: 702.487.3650<br>Facsimile: 702.664.2632<br>clandis@lvjusticeadvocates.com<br>*Attorney for Plaintiffs* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS MONTOYA, individually, and as Administrator of THE ESTATE OF ERIC MONTOYA; MARIA LANDEROS, individually, and as natural mother and legal guardian of MARCOS MONTOYA, a minor, and ERIC MONTOYA JUNIOR, a minor, and ANTHONY MONTOYA, a minor,<br><br>  Plaintiffs,<br><br>v.<br><br>RICHARD SMITH, Special Agent – Federal Bureau of Investigation, in his individual capacity, MARTY LNU, Special Agent – Federal Bureau of Investigation, in his individual capacity; LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a political subdivision of the State of Nevada; DOUGLAS GILLESPIE, Sheriff – LVMPD, individually and in his official capacity as Sheriff of LVMPD; DAVID SAZER, Detective – LVMPD, in his individual and official capacities; MICHAEL TWOMEY, Detective – LVMPD, in his individual and official capacities; DANIELLE K. PIEPER, Clark County Chief Deputy District Attorney, in her individual and official capacities; RAUL GONZALES, in his individual capacity; DOES 1 through 20,<br><br>  Defendants. | CASE NO.: 2:16-cv-00032-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**<br>**(First Request)** |

1

1     IT IS HEREBY STIPULATED by and between Plaintiffs and the United States, through their respective counsel, that the deadline for the Plaintiffs to file a Reply to the United States' Opposition to Plaintiffs' Motion to Amend Complaint be extended by seven (7) days. Presently, Plaintiffs' Reply to said Opposition is due on November 13, 2017. Plaintiffs request, and the United States does not oppose, an extended deadline of November 20, 2017. Of note, a Motion Hearing is scheduled for Plaintiffs' Motion to Amend Complaint on November 27, 2017. This extension is requested and warranted because Plaintiffs' counsel will be out of the jurisdiction to attend a wedding for the majority of the time allotted for the Reply.

    DATED this 9th day of November, 2017.

By: /s/ Casey A. Landis  
CASEY A. LANDIS, ESQ.  
Nevada Bar No. 9424  
200 Hoover Ave. Ste. 1509  
Las Vegas, Nevada 89101  
Ph: 702.487.3650  
Fax: 702.664.2632  
Attorney for Plaintiffs  

By: /s/ Patrick A. Rose  
PATRICK A. ROSE, ESQ.  
Nevada Bar No. 6882  
U.S. Attorney's Office, Nevada  
501 Las Vegas Blvd. S., Ste. 1100  
Las Vegas, Nevada 89101  
P: 702.388.6336  
F: 702.388.6787  
Patrick.Rose@usdoj.gov  
Attorney for United States  

**ORDER**

IT IS SO ORDERED.

Dated: November 13, 2017.

_____  
JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE